

US DEPARTMENT OF VETERANS AFFAIRS
Office of Resolution Management, Diversity & Inclusion
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1801
Pittsburgh, PA 15222

May 7, 2024

Vic Mastromarco, Representative VIA: Email (vmastromarco@mastromarcofirm.com)

**SUBJECT: Notice of Advisement of Rights in EEO Complaint for Taylor Pahssen, ORM Case No. 200J-785-2023-153741, Filed on November 13, 2023**

1. The purpose of this letter is to provide you and your client with copies of the investigative file and to advise you of further complaint processing rights.

2. At this time, your client has the right to request **one** of the following options:

  - Your client may elect an immediate final agency decision (FAD) from VA's Office of Employment Discrimination Complaint Adjudication (OEDCA).
                                          OR
  - Your client may elect a hearing before the U.S. Equal Employment Opportunity Commission (EEOC).
                                          OR
  - Your client may withdraw the subject complaint which would cease further processing of the complaint.

3. For your convenience, we have attached an election form with your client's processing options. One of these options must be chosen within **30-calendar days of your receipt of this letter.** The form must be received or postmarked by the 30th day. Please check the box next to the option you wish to exercise, sign date and return the form to:

**Department of Veterans Affairs
Office of Resolution Management
2255 Enterprise Drive, Suite 5506
Westchester, IL 60154
Fax: 708-236-2898
Email: ORMMWDPostInvestigation@va.gov**

4. Please note if your client elects a hearing before the EEOC, you must submit the hearing request directly to the EEOC office at the following address and provide a copy of the request to the agency at the address above. To access the Public Portal, go to https://publicportal.eeoc.gov. To begin, click on the link: "Filing with EEOC" and answer the questions. After submitting request for a hearing, complainants can then use the Public Portal's "My Cases" feature to view their hearing matters in one convenient location. Complainants can also identify and manage their representative contact information in the Portal. Once identified by a complainant, registered representatives can then upload documentation on their client's behalf.

**U.S. Equal Employment Opportunity Commission
Detroit Field Office
Phone Number: 1-800-669-4000
Fax Number: (313) 226-4610
Efile: https://publicportal.eeoc.gov**

CONFIDENTIAL DOCUMENT – GENERATED IN THE ORM COMPLAINT AUTOMATED TRACKING SYSTEM (CAT



5. The 30-calendar daytime limit for requesting a hearing is non-discretionary and we are without authority to extend it, even if your client agrees to discuss settlement with a facility official. Consequently, if your client desires a hearing it must be requested before the expiration of the 30-calendar daytime limit.

6. If you have any questions about your client's rights, please contact Patricia Martinez, ORMDI Case Manager, at 708-904-0955 and/or Patricia.Martinez2@va.gov before expiration of the 30-calendar day time limit.

Sincerely,

Daniel Spilsbury
OICT Investigations Manager

Enclosures:   Investigation File
              Post Investigation Form

CC w/ enclosures:
    Taylor Pahssen, Complainant, Via: Email (tpahssen1@icloud.com)

CC: w/o Investigation File:
    James Leahy, Facility Director
    Leonard McDowell, EEO Program Manager
    Via: Email

**OFFICE OF RESOLUTION MANAGEMENT, DIVERSITY, & INCLUSION**
POST INVESTIGATION ELECTION FORM

Taylor Pahssen
200J-785-2023-153741
Veterans Canteen Service
1 Jefferson Barracks Road, Bldg. 25
St. Louis, MO  63125

As stated on the **Advisement of Rights Notice**, please indicate your election by checking the box next to **ONE** of the following processing options.

☐ Request a final agency decision (FAD) from the Office of Employment Discrimination Complaint Adjudication (OEDCA).

**Please mail / fax / email this form to:**
**Department of Veterans Affairs**
**Office of Resolution Management**
**2255 Enterprise Drive, Suite 5506**
**Westchester, IL 60154**
**Fax:  708-236-2898**
**Email: ORMMWDPostInvestigation@va.gov**

☐ I am requesting the appointment of an EEOC Administrative Judge pursuant to 29 C.F.R. § 1614.108(g).  I hereby certify that either more than 180 days have passed from the date I filed my complaint; or I have received a notice from the agency that I have 30 days to elect a hearing or a final agency decision. In accordance with section 1614.108(g), I hereby certify that I have sent a copy of this request for a hearing to the ORM office listed below.

**Please mail / fax / email this form to:**
**Department of Veterans Affairs**
**Office of Resolution Management**
**2255 Enterprise Drive, Suite 5506**
**Westchester, IL 60154**
**Fax:  708-236-2898**
**Email: ORMMWDPostInvestigation@va.gov**

**In addition, you must upload a copy of this request to the EEOC portal below.**
**U.S. Equal Employment Opportunity Commission**
**Detroit Field Office**
**Fax Number: (313) 226-4610**
**Efile: https://publicportal.eeoc.gov**

☐ By checking this box, I voluntarily withdraw my complaint.  I understand that my withdrawal is final, that processing of my complaint will cease, and I am precluded from reinstating these matters in the future. This withdrawal is voluntary, and no one, including agents of the Office of Resolution Management, the Department of Veterans Affairs, nor any other Federal agency, has coerced, intimidated, or threatened me to take this action.

*Please notify us if your contact information and/or representative information need to be updated.

_____          _____
Complainant's Signature                                              Date